LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 310413]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
    Email: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| ARLEN DALE DIAS, | ) | No. 5:23-cv-00262-AS |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] ORDER AWARDING EAJA FEES (REVISED) |
| v. | ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of ONE THOUSAND FIFTY-TWO DOLLARS AND 68/100 ($1,052.68).  and zero costs ($0.00), subject to the terms of the stipulation.

DATE: June 9, 2023                          / s / Sagar
                                                   HON. ALKA SAGAR
                                                   UNITED STATES MAGISTRATE JUDGE